# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JUSTIN M. EVANS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 7:20cv00434 |
| | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| ALLY LOVELL, et al., | ) By: Hon. Thomas T. Cullen |
| | ) United States District Judge |
| Defendants. | ) |

Justin M. Evans, a Virginia inmate proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983. By order entered July 29, 2020, the court conditionally filed the action and directed Evans to provide certain financial documentation in order to proceed with the action. (See ECF No. 7.) The court warned Evans that failure to respond would result in dismissal of this action without prejudice. (Id.) The time to respond has now passed, and Evans has filed no response. Accordingly, I will dismiss this action without prejudice for failure to comply. Evans is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTERED** this 22nd day of September, 2020.

/s/ H. Cullen
_____
Hon. Thomas T. Cullen
United States District Judge